373 A.2d 1149

Lendoll Corporation v. Virginia Manor Apartments, Inc., Appellant.

Submitted April 20, 1976. C. Leon Sherman, and Miller & Sherman, for appellant; Anthony J. Martin, and Martin and Finnegan, for appellee.

Judgment affirmed.

373 A.2d 1149

McGettigan v. Johnson, Appellant.

Argued September 20, 1976. Lawrence Solomon, for appellant; Frederic B. Skaroff, and Skaroff and Skaroff, submitted a brief for appellee.

Order affirmed.